# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH U.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE FRANK P.
SULLIVAN, DISTRICT JUDGE,
Respondents,
and
STATE OF NEVADA DEPARTMENT OF
FAMILY SERVICES; AND A.G.,
Real Parties in Interest.

No. 72143

FILED

FEB 1 6 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying a motion to dismiss and sustaining allegations in an abuse and neglect petition filed under NRS Chapter 432B.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary intervention is warranted at this time. *See* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that petitioner bears the burden of demonstrating that writ relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991)

17-05673

(stating that a petition for extraordinary writ relief is purely discretionary with this court). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Frank P. Sullivan, District Judge, Family Court Division
The Grigsby Law Group
Attorney General/Carson City
Christopher R. Tilman
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk